UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. WINSON, | No. C 08-4114 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| PELICAN BAY STATE PRISON WARDEN; et al., | |
| Respondents. / | |

The petition for writ of habeas corpus is dismissed without prejudice to petitioner filing a civil rights complaint to commence a new action.

IT IS SO ORDERED AND ADJUDGED.

DATED: February 23, 2009

_____
SUSAN ILLSTON
United States District Judge